HENRY D. BRANDYCE and Another, Copartners, etc., Plaintiffs, v. UNITED STATES LLOYDS, INC., Defendant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ. Settle order on notice.

MORRIS D. BROIDY, Appellant, v. GRAHAM POWERS CORPORATION and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

ALBERT BRUCHWEILER, Appellant, v. BENJAMIN F. HERNANDEZ and Others, Respondents.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

THE CITY OF NEW YORK, Appellant, v. BROOKLYN EDISON COMPANY, INC., Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

WILLIAM E. DUFF, etc., Respondent, v. COMMERCIAL CABLE COMPANY and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

AUGUST C. ECKELKAMP, Appellant, v. MARIE C. ECKELKAMP and Another, Individually and as Executors, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

LOUIS S. EDINBURG, Respondent, v. SAMUEL L. EDINBURG, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for Friday, March 14, 1924, at ten o'clock A. M., for which date this case is set down, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

ROBERT H. ELDER, Appellant, v. PHILIP ROSENWASSER, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

MARY A. HICKEY, Individually and as Executrix, etc., of ANNA L. HICKEY, Deceased, Respondent, v. THE CITY OF NEW YORK and INTERBOROUGH RAPID TRANSIT COMPANY, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable defendants to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application and Petition of JOHN A. BENSEL and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate, etc. Southern Aqueduct Department, Section No. 14, Parcel 998.— Motion for reargument granted, and motion set down for Friday, March 14, 1924, at ten o'clock A. M. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.